UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TARA LEIGH PATRICK a/k/a CARMEN ELECTRA; CIELO JEAN "CJ" GIBSON; DENISE TRLICA a/k/a DENISE MILANI; JULIANNE KLAREN; RACHEL BERNSTEIN a/k/a RACHEL KOREN; ROSA ACOSTA; ABIGAIL RATCHFORD; KEELEY HAZELL; and KIMBERLEY "KIM" COZZENS,<br><br>*Plaintiffs,*<br><br>v.<br><br>D. & B. CORP. and MARK FILTRANTI,<br><br>*Defendants.* | Civil Action No.: **1: 19-CV-11445-LTS** |

## NOTICE OF TERMINATION OF REPRESENTATION

Attorney Carlos Apostle, BBO# 698129, no longer represents the Defendants in the above captioned matter. As of this date , June 15, 2020, Attorney Apostle is no longer authorized to appear on the behalf of the Defendants in this matter, nor is he permitted to make any pleadings or filings on the behalf of the Defendants. Additionally, any communications which Attorney Apostle may make to the Court or to opposing counsel in connection with this matter should not be considered, and should be turned over to Defendants' counsel. The attorney-client relationship between Attorney Apostle and the Defendants in this matter has been terminated. Until further notice, the only attorney authorized to appear on the behalf of the Defendants in this matter is Robert L. Sheketoff. This notice will be disseminated to Attorney Apostle via electronic

mail and first class mail to Attorney Apostle's last known address, and to opposing counsel via electronic mail.

Respectfully submitted,

Peter Depesa
on behalf of D. & B. Corp. and Mark Filtranti
Vice President, D. & B. Corp.

## CERTIFICATE OF SERVICE

I, Robert L. Sheketoff, hereby certify that on June 29, 2020, I served a copy of this pleading on all counsel of record via ECF.

/s/ Robert L. Sheketoff
BBO No. 457340
One McKinley Square
Boston, MA  02109
(617)367-3449
