

**sedgwick**®

Howell Michigan

FILED
IN CLERKS OFFICE

2020 JUL 13 PM 1: 02

U.S. DISTRICT COURT
DISTRICT OF MASS.

United States District Court
1 Courthouse Way Suite 2300
Office of the Clerk
Boston MA 02210

To Whom It May Concern:

We received the enclosed document in our office. We are unable to process the document due to missing the following information:

- o Sedgwick Group claim number
- o Claimant Name
- o Social Security Number
- o Date of Birth
- o Date of Injury / Loss
- o Insured/Employer Name & DBA's
- o Carrier Name
- o Copy of Policy/Policy Number
- o Employer's Contractor Number
- o Previous Contact from Sedgwick
- o Other: Need First Report of Injury

If Sedgwick is the correct third party administrator please resend us the enclosed document with the above missing information.

We suggest reaching out to your carrier/broker to obtain the above critical data elements and confirm if Sedgwick is the proper third party administrator.

Sincerely,

Sedgwick

6/26/2020 3:03:41 PM_LR

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TARA LEIGH PATRICK a/k/a CARMEN ELECTRA; CIELO JEAN "CJ" GIBSON; DENISE TRLICA a/k/a DENISE MILANI; JULIANNE KLAREN; RACHEL BERNSTEIN a/k/a RACHEL KOREN; ROSA ACOSTA; ABIGAIL RATCHORD; KEELEY HAZELL; and KIMBERLY "KIM" COZZENS,<br><br>Plaintiffs,<br><br>v.<br><br>D. & B. CORP. and MARK FILTRANTI,<br><br>Defendants. | Civil No. 19-11445-LTS |

## ORDER

June 15, 2020

SOROKIN, J.

Plaintiffs sued Defendant D. & B. CORP. and Mark Filtranti for various claims arising out of the alleged unauthorized use of Plaintiffs' images in association with Defendants' business operations, including: violation of § 43 of the Lanham Act, 15 U.S.C. §1125(a)(1)(B): false advertising (Count I); violation of § 43 of the Lanham Act, 15 U.S.C. §1125(a)(1)(A): false association (Count II); violation of common law right of privacy (Count III); violation of M.G.L. c. 214 § 1B: right of privacy (Count IV); violation of M.G.L. c. 214 § 3A: unauthorized use of individual's name, portrait, or picture (Count V); common law right of publicity (Count VI); violation of M.G.L. c. 93A § 11: unfair trade practices (Count VII); defamation (Count VIII); negligence and respondeat superior (Count IX); conversion (Count X); unjust enrichment (Count XI); quantum meruit (Count XII). Doc. No. 1.

6/26/2020 3:03:41 PM_LR ㅣ